**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GENERAL MILLS, INC.,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LIBERTY MUTUAL FIRE** | : | |
| **INSURANCE COMPANY and** | : | |
| **ACE PROPERTY AND CASUALTY** | : | |
| **INSURANCE COMPANY,** | : | |
| *Defendants*. | : | **NO. 26-cv-2359** |

## ORDER

**AND NOW**, this 14th day of April 2026, it is hereby **ORDERED** that, pursuant to Federal Rule of Civil Procedure 7.1,[1] Plaintiff and Defendants shall file their disclosure statements[2] at the time of filing their first appearance (form attached).[3]

This Order also serves as a reminder to Plaintiff and Defendants of their continuing obligation pursuant to Federal Rule of Civil Procedure 7.1(b)(2) to "promptly file a supplemental statement" of any changes to the information required by Federal Rule of Civil Procedure 7.1(a).

**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, JUDGE**

---

[1] Federal Rule of Civil Procedure 7.1(b)(1) requires the disclosure statement to be filed with the party's first appearance, pleading, petition, motion, response, or other request addressed to the court.

[2] If any party is an LLC, make sure to identify the names, citizenship and principal place of business of each member of the LLC.

[3] A Disclosure Statement Form is available on the Court website and should be filed electronically using the Other Filings/Discovery Documents category.

UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
PENNSYLVANIA

:
:
:
v.                                    :                   Civil Action

                                      :                   No: _____

                                      :
:

DISCLOSURE STATEMENT FORM

Please check one box:

☐          The nongovernmental corporate party, _____
           , in the above listed civil action does not have any parent corporation
           and publicly held corporation that owns 10% or more of its stock.


☐          The nongovernmental corporate party, _____
           , in the above listed civil action has the following parent corporation(s)
           and publicly held corporation(s) that owns 10% or more of its stock:


_____
_____
_____
_____


_____
       Date                                              Signature

                    Counsel for:   _____

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
   (a)    WHO MUST FILE; CONTENTS.  A nongovernmental corporate party
          must file two copies of a disclosure statement that:
          (1)    identifies any parent corporation and any publicly held
                 corporation owning10% or more of its stock;  or

          (2)    states that there is no such corporation.

   (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
          (1)    file the disclosure statement with its first appearance,
                 pleading, petition, motion, response, or other request
                 addressed to the court; and
          (2)    promptly file a supplemental statement if any required
                 information changes.