## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GENERAL MILLS, INC.,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LIBERTY MUTUAL FIRE** | : | |
| **INSURANCE COMPANY and** | : | |
| **ACE PROPERTY AND CASUALTY** | : | |
| **INSURANCE COMPANY,** | : | |
| *Defendants.* | : | **NO. 26-cv-2359** |

## O R D E R

**AND NOW,** this 14th day of April 2026, after review of the docket and it being alleged in the Complaint (ECF No. 1, page 4) that this Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1332, and because there is diversity of citizenship between the parties, Plaintiff and Defendants are required and **ORDERED** to file of record their Disclosure of Citizenship in Diversity Jurisdiction Cases (form attached), at the time of filing their first appearance**.**

**BY THE COURT:**


**/s/ Chad F. Kenney**
_____
**CHAD F. KENNEY, JUDGE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

Plaintiff,

v.                                                    Civil Action No. _____

_____

Defendant.

**DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2) where jurisdiction is based on diversity of citizenship, all parties or intervenors in the case must, unless the Court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributable to that party or intervenor.

Parties and intervenors are reminded that the citizenship of a limited liability company, professional corporation, limited partnership, partnership, and unincorporated association is determined by the citizenship of all its members or partners.

| | |
|---|---|
| _____ | _____ |
| (Party/Intervenor) | (Citizenship) |
| _____ | _____ |
| (Party/Intervenor) | (Citizenship) |
| _____ | _____ |
| (Party/Intervenor) | (Citizenship) |

_____                    _____
Date                                        Signature of Attorney or Litigant
                                            Counsel for _____

*Note:  This form must be filed in CM/ECF using your pacer account.  Please select the "Other Documents" category, then select the Disclosure of Citizenship event.  Pro Se Litigants can file using the court's Electronic Document Submission (EDS) | Eastern District of Pennsylvania | United States District Court (uscourts.gov), by mail or in person.