IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

GENERAL MILLS, INC.,

        Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE
COMPANY and ACE PROPERTY AND
CASUALTY INSURANCE COMPANY,

        Defendants.

Case. No. 2:26-cv-02359

## NOTICE OF APPEARANCE

TO:    The Clerk

Please enter my appearance as counsel for defendant ACE Property and Casualty

Insurance Company in the above-captioned action.

Dated: June 1, 2026

Respectfully submitted,

*/s/ Lawrence A. Nathanson*

_____

Lawrence A. Nathanson
**COHN BAUGHMAN**
2000 Arch Street, Suite 301
Philadelphia, PA 19103
lawrence.nathanson@mclolaw.com
(856) 380-8910

*Attorneys for ACE Property and
Casualty Insurance Company*